AUGUSTA FIRESTONE, Appellant, *v.* BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent.

Submitted November 20, 1940; decided December 31, 1940.

*Herman E. Cooper* and *Moss Schenkman* for appellant.

*William C. Chanler, Corporation Counsel* (*Nicholas Bucci, Paxton Blair* and *Arthur H. Kahn* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.